UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0074--CR (RRB)
"USA V ROGELIO MEJORADA-LOPEZ"
DEF 1.1 MEJORADA-LOPEZ, ROGELIO

Including terminated defendants, excluding terminated counsel

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  08/15/05
            Closed:  NO
 No. of Defendants:  1
   MJ Case Number:
               AKA:
   Location status:  Released on Own Recognizance
        Trial date:  12/05/05
        Terminated:  NO
 Needs interpreter:  YES
 Counsel of record:  Kevin F. McCoy
                     Federal Public Defender
                     550 W. 7th Avenue, Suite 1600
                     Anchorage, AK 99501
                     907-646-3400
                     FAX 907-646-3480
                     Serve: YES
                      Type: FPD
                      Role: Pretrial/Trial
```

PLF 1.1 UNITED STATES OF AMERICA

```
 Counsel of record:  Retta-Rae Randall
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial
```

Counts re: DEF 1.1 MEJORADA-LOPEZ, ROGELIO

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 INF | 1 | 18:611 VOTING BY ALIENS (M) | Pending |
| 1 -   1 INF | 2 | 18:611 VOTING BY ALIENS (M) | Pending |
| 1 -   1 INF | 3 | 18:611 VOTING BY ALIENS (M) | Pending |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0074--CR (RRB)
"USA V ROGELIO MEJORADA-LOPEZ"

For all filing dates

Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 08/15/05
             Closed: NO
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 -  1 | 08/15/05 | [Re: DEF 1] PLF 1 Information. |
| NOTE -  1 | 08/18/05 | Issued: Summons. |
| 2 -  1 | 08/18/05 | [Re: DEF 1] JDR Minute Order re Arr set for 9/21/05 at 9:30 a.m. cc: USA, USM, USPO, def w/USM cy |
| 3 -  1 | 09/21/05 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] Re: Arr on Inf held 9/21/05; cont arr on inf set for 10/7/05 at 9:30 a.m. by mot of gov. cc: USA, USM, USPO, def w/USM cy |
| 4 -  1 | 10/04/05 | DEF 1 motion on shortened time for order for USM transport of def from Naknek, AK to Anchorage, AK for Arr set for 10/7/05. |
| 5 -  1 | 10/05/05 | [Re: DEF 1] JDR Order granting mot on shortened time for ord for USM transport of def from Naknek, AK to Anchorage, AK for arr on 10/7/05 @ 9:30 a.m. (4-1). cc: USA, FPD, USM, USPO, DEF w/USM cy |
| 6 -  1 | 10/07/05 | [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] RE: Continued Arraignment on Information (held 10/07/05); Defendant plead Not Guilty to counts 1, 2, & 3 of the Information; Kevin McCoy appointed; Consent to be filed by 10/11/05; Defendant released Own Recognizance; Ptm's due 10/24/05; meet and confer 10/11/05; defendant to turn in passport to clerk of court; defendant's oral motion for transport order Granted. CC: USA, FPD, USM, USPO, FINANCE. |
| 7 -  1 | 10/07/05 | [Re: DEF 1] JDR Order for Defendant's Transportation back to Naknek, Alaska.  CC: USA, FPD, USM, USPO. |
| 8 -  1 | 10/07/05 | [Re: DEF 1] JDR Order regarding preparation for trial re consent due 10/11/05; cnsl to meet & confer by 10/11/05; PTM"s due 10/24/05 . CC: USA, FPD. |
| 9 -  1 | 10/07/05 | [Re: DEF 1] Order setting conditions of release. cc: USA, FPD, USM, USPO. |
| 10 -  1 | 10/07/05 | [Re: DEF 1] Financial Affidavit. |
| 11 -  1 | 10/07/05 | [Re: DEF 1] JDR Order of Personal Recognizance. CC: USA, FPD, USM, USPO. |
| 12 -  1 | 10/07/05 | DEF 1 Notice of filing passport. |
| 13 -  1 | 10/07/05 | [Re: DEF 1] Clerk's Notice that pursuant to the Order Setting Conditions of Release dtd 10/7/05 the original passport # A7023945 has been received by the Clerk of Court and placed in the vault for safekeeping. cc: USA, FPD, USM, PO, Finance |
| 14 -  1 | 10/11/05 | USM Return of svc of summons re; DEF 1 executed on 10/07/05;. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0074--CR (RRB)
"USA V ROGELIO MEJORADA-LOPEZ"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 2 | 10/12/05 | Notation: Proposed trial date setting for arraignment and notice of speedy trial act deadlines forwarded to chambers. |
| 15 - 1 | 10/12/05 | [Re: DEF 1] JDR Minute Order re no consent having been filed matter reassigned to Judge Beistline for trial. cc: USA, FPD, USM, USPO, Judge Beistline |
| 16 - 1 | 10/13/05 | [Re: DEF 1] RRB Minute Order setting trial by jury for 12/5/05 at 8:30 a.m. and FPTC for 12/1/05 at 8:30 a.m. in Courtroom #2. cc: USA, FPD, USM, USPO,  MJ Roberts, jury clerk |
| 17 - 1 | 10/17/05 | (Faxed Copy) [Re: DEF 1] RRB Order appointing Yolanda Salazar-Hobrough as English/Spanish Interpreter for Defendant at Trial.  cc: AUSA, FPD, USm, USPo, MJ Roberts, Yolanda Salazar-Hobrough |
| 18 - 1 | 10/18/05 | DEF 1 Attorney Appearance of K. McCoy (FPD). |
| 19 - 1 | 10/20/05 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |
| 20 - 1 | 11/14/05 | [Re: DEF 1] PLF 1 Plea Agreement . |
| 21 - 1 | 11/15/05 | DEF 1 Notice of Intent to change plea. |
| 22 - 1 | 11/17/05 | [Re: DEF 1] RRB Minute Order a change of plea hearing is set 12/1/05 at 8:30 a.m. in courtroom #2.  cc: AUSA, FPD, USM, USPO, MJ ROBERTS |
| 23 - 1 | 11/18/05 | DEF 1 motion for order for transportation from Naknek, Alaska to Anchorage, Alaska (non-custodial) for PCOP hearing on 12/1/05. |
| 24 - 1 | 11/22/05 | [Re: DEF 1] RRB Order granting mot for ord for transp from Naknek, Alaska to Anchorage, Alaska (23-1) for 12/1/05 PCOP hrg. cc: USA, FPD, USM |