**FILED**

DEC 0 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____PD_____ Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGELIO MEJORADA-LOPEZ,<br><br>Defendant. | NO. A05-0074 CR (RRB)<br><br>**ORDER** |

ROGELIO MEJORADA-LOPEZ's oral motion for transportation is hereby GRANTED.

Pursuant to 18 U.S.C. § 4285, the United States Marshal's Service is directed to provide return transportation for defendant ROGELIO MEJORADA-LOPEZ [DOB 02/11/1967] from Anchorage, Alaska to King Salmon, Alaska after his Change of Plea hearing scheduled for Thursday, December 1, 2005, at 8:30 a.m.

DATED this ___1___ day of December 2005, in Anchorage, Alaska.

PD 12-1-05

A05-0074--CR (RRB)
-----------------------------------
K. MCCOY (FPD)
R. RANDALL (AUSA)
US MARSHAL

US PROBATION

RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

25