FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -2 PM 4: 17

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGELIO MEJORADA-LOPEZ,<br><br>Defendant. | NO. A05-0074 CR (RRB)<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO STAY FILING OF JUDGMENT** |

Rogelio Mejorada-Lopez moves this court on shortened time for an order staying the filing of the judgment in the above styled matter. A stay is appropriate because the parties are discussing an alternative resolution of the matter. The parties cannot yet represent that an alternative resolution will be reached. However, pending those discussions, the parties are asking that the court stay filing of the judgment pending further joint notification by the parties.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.



Dated at Anchorage, Alaska this 2nd day of December 2005.

Respectfully submitted,

KEVIN F. McCOY
Assistant Federal Defender

Certification:
I certify that on December 2, 2005,
I hand delivered a copy of this document to:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Karolyn Miller

Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGELIO MEJORADA-LOPEZ,<br><br>Defendant. | NO. A05-0074 CR (RRB)<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

    Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

1.    I am the attorney for Rogelio Mejorada-Lopez.

2.    On December 1, 2005, Mr. Mejorada-Lopez pleaded guilty and received a sentence for violating 18 U.S.C. § 611, unlawful voting.

3.    The court has not yet filed its judgment.

4.    The purpose of the unopposed motion is to ask the court to stay filing the written judgment.

5. At Mr. Mejorada-Lopez's request, the parties have embarked on discussion that may result in an alternative disposition for the matter.

6. The parties cannot yet represent that an alternative disposition is available or can be reached.

7. However, the parties are asking that the filing of the judgment be stayed to allow time for these further discussions to take place before the formal written judgment is filed.

8. If an alternative disposition is available and can be reached, the parties will so advise the court.

9. If an alternative disposition cannot be reached or is not available, the parties will likewise advise the court.

10. In the interim, the parties are asking the court to enter an order staying the filing of the formal written judgment pending a request from either party to vacate the stay.

11. On December 2, 2005, I spoke with Assistant U.S. Attorney Retta-Rae Randall. Ms. Randall indicated that the government does not oppose this request.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

*[signature]*
KEVIN F. McCOY

2

SUBSCRIBED AND SWORN to before me this 2nd day of December 2005.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008