LODGED

DEC 0 2 2005

FILED

DEC 0 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ RO _____ Deput

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROGELIO MEJORADA-LOPEZ,

Defendant.

NO. A05-0074 CR (RRB)

**ORDER GRANTING STAY**

On consideration of the defendant's unopposed shortened time motion to stay the

filing of the court's formal written judgment;

It is hereby ordered that the motion is granted.

Filing of this court's formal written judgment is hereby stayed pending further

notice from the parties. Either party may approach the court to request that this stay be vacated.

Done at Anchorage, Alaska this 5 December 2005.

RALPH R. BEISTLINE
U.S. DISTRICT JUDGE

PD 12-5-05

A05-0074--CR (RRB)
-----------------------------------------------------
R. MCCOY (FPD)
R. RANDALL (AUSA)
US MARSHAL
US PROBATION

28