Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGELIO MEJORADA-LOPEZ,<br><br>Defendant. | NO. 3:05-cr-0074-RRB<br><br>**UNOPPOSED MOTION TO RELEASE PASSPORT** |

Rogelio Mejorada-Lopez asks this court for an order directing the Clerk of Court to release his passport. Mr. Mejorada-Lopez was required to surrender his passport to the court as a condition of release in the above-styled matter. Mr. Mejorada-Lopez has complied with all conditions of release and the case has been resolved. Accordingly, it is appropriate to return his passport.

The government does not oppose this request.

This motion is submitted pursuant to D.Ak.L.Crim.R. 47.1 and is based upon the affidavit of counsel filed herewith.

        DATED at Anchorage, Alaska this 25th day of May 2006.

                Respectfully submitted,

                s/Kevin F. McCoy
                Assistant Federal Defender
                601 West Fifth Avenue, Suite 800
                Anchorage, AK 99501
                Phone:     907-646-3400
                Fax:       907-646-3480
                E-Mail:    kevin_mccoy@fd.org

Certification:
I certify that on May 25, 2006,
a copy of the **Unopposed Motion
to Release Passport** was hand
delivered to:

Retta-Rae Randall
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand-delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin McCoy