UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROGELIO MEJORADA-LOPEZ,<br><br>　　　　Defendant. | NO. 3:05-cr-0074-RRB<br><br>**PROPOSED ORDER** |

　　　　On consideration of the defendant's unopposed request for an order authorizing the Clerk of Court to release the defendant's passport to the defendant;

　　　　It is hereby ordered that the request is granted. The Clerk of Court is authorized to release the defendant's passport to the defendant or to his counsel.

　　　　DATED this _____ day of May 2006, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE