Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGELIO MEJORADA-LOPEZ,<br><br>Defendant. | NO. 3:05-cr-0074-RRB<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

  Kevin F. McCoy, being first duly sworn upon oath, deposes and says as follows:

  1. I am the attorney for Rogelio Mejorada-Lopez .

  2. Mr. Mejorada-Lopez was required to surrender his passport to the Clerk of Court as a condition of release pending resolution of the case.

  3. The case has been resolved and it is appropriate to return Mr. Mejorada-Lopez's passport.

4.  On May 25, 2006, I spoke with Assistant U.S. Attorney Retta-Rae Randall. Ms. Randall indicated that the government does not oppose this request.

5.  Accordingly, I am asking for an order authorizing the Clerk of Court to release the passport to Mr. Mejorada-Lopez or his counsel.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

KEVIN F. McCOY

SUBSCRIBED AND SWORN to before me this 25th day of May 2006.

Notary Public in and for Alaska
My Commission Expires: 12/20/2008