DEBORAH M. SMITH
Acting United States Attorney

RETTA-RAE RANDALL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: rettarae.randall@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-0074-RRB |
| Plaintiff, | ) | MOTION TO FILE JUDGMENT |
| vs. | ) | |
| ROGELIO MEJORADA-LOPEZ, | ) | |
| Defendant. | ) | |

As an alternative resolution cannot be reached, the United States requests that the Judgment now be filed in this case.

RESPECTFULLY SUBMITTED this 26th day of May, 2006 at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Retta-Rae Randall
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: rettarae.randall@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26th, 2006, a copy of the foregoing was served electronically on: Kevin F. McCoy.

s/ Retta-Rae Randall