IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-0074-RRB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | MOTION TO FILE JUDGMENT |
| vs. | ) | |
| | ) | |
| ROGELIO MEJORADA-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On consideration of the motion of the United States to file the formal written

judgment in this case, it is here GRANTED/DENIED.

ORDERED that the court's formal written judgment is to be filed in this

case.

Dated this _____day of May, 2006 at Anchorage, Alaska.


_____

UNITED STATES DISTRICT COURT JUDGE