UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROGELIO MEJORADA-LOPEZ,<br><br>Defendant. | NO. 3:05-cr-0074-RRB<br><br>~~PROPOS~~ED ORDER |

On consideration of the defendant's unopposed request for an order authorizing the Clerk of Court to release the defendant's passport to the defendant;

It is hereby ordered that the request is granted. The Clerk of Court is authorized to release the defendant's passport to the defendant or to his counsel.

DATED this 5 day of ~~May~~ June 2006, in Anchorage, Alaska.

RALPH R. BEISTLINE
U.S. DISTRICT JUDGE